A. Evans O'Brien (#026521)
Emily Gildar Wagner (#028881)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Fax: 602.382.6070
E-Mail: eobrien@swlaw.com
ewagner@swlaw.com
Attorneys for FNBN-CMLCON I, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CAN AM DEVELOPMENT FORT WORTH LLC,<br><br>        Debtor.<br><br>FNBN-CMLCON I, LLC,<br><br>        Movant,<br><br>v.<br><br>CAN AM DEVELOPMENT FORT WORTH LLC,<br><br>        Respondent. | Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-05344-GBN<br><br>**NOTICE OF FNBN-CMLCON I, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY GENERALLY LOCATED AT 9605 CLARK RD., DALLAS, TX 75249** |

      NOTICE IS HEREBY GIVEN that FNBN-CMLCON I, LLC ("FNBN"), has filed a "Motion for Relief From the Automatic Stay with Respect to Real Property Generally Located at 9605 Clark Rd., Dallas, TX 75249" (the "Motion").

      In the Motion, FNBN requests that the Court terminate the automatic stay so that FNBN may exercise its available rights and remedies with respect to the Real Property.[1]

---

[1] The "Real Property" shall have the meaning given to that term in the Motion.

FURTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rules 4001-1 and 9013-1, if no timely objection to the Motion is made, the Court may grant the relief requested in the Motion without further notice or a hearing. A proposed order granting the Motion is attached as **Exhibit A** to this Notice.

DATED this 5th day of June, 2015.

SNELL & WILMER L.L.P.

By:/s/ A. Evans O'Brien
A. Evans O'Brien
Emily Gildar Wagner
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Attorneys for FNBN-CMLCON I, LLC

**COPY** of the foregoing served by U.S. Mail or electronic notification this 5th day of June, 2015, to:

Richard A Drake
Drake Law Firm PLC
14500 N Northsight Blvd., Ste. 208
Scottsdale, AZ 85260
rdrake@bdlawyers.com
Attorneys for Debtor

Can Am Development Fort Worth LLC
5915 N Echo Canyon Ln
Phoenix, AZ 85018-1249
Debtor

Patty Chan
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
patty.chan@usdoj.gov

**Twenty Largest Unsecured Creditors**

P&P Pizza Inc dba Little Caesar's Pizza
9605 Clark Rd Ste 100
Dallas, TX 75249-1460

Mohamed R. Shahin dba Smokey's Paradise
9605 Clark Rd Ste 200
Dallas, TX 75249-1460

Quinn Hunyh dba BRE Nails
9605 Clark Rd Ste 600
Dallas, TX 75249-1461

Wadeeaa Thompson dba Salon 3026
9605 Clark Rd Ste 700
Dallas, TX 75249-1461


/s/ Janice L. Rogalla

# EXHIBIT A

A. Evans O'Brien (#026521)
Emily Gildar Wagner (#028881)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Fax:	602.382.6070
E-Mail:	eobrien@swlaw.com
	ewagner@swlaw.com
Attorneys for FNBN-CMLCON I, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CAN AM DEVELOPMENT FORT WORTH LLC,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-05344-GBN<br><br>**[PROPOSED] ORDER GRANTING FNBN-CMLCON I, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO REAL PROPERTY GENERALLY LOCATED AT 9605 CLARK RD., DALLAS, TX 75249** |

Upon consideration of "FNBN-CMLCON I, LLC'S Motion for Relief from the Automatic Stay With Respect to Real Property Generally Located at 9605 Clark Rd., Dallas, TX 75249" (the "Motion") filed by FNBN-CMLCON I, LLC, successor-in-interest to the Federal Deposit Insurance Corporation (the "FDIC"), as receiver for First National Bank of Nevada, successor-by-merger to First National Bank of Arizona ("Lender"), requesting that the Court grant it relief from the automatic stay of 11 U.S.C. § 362(a) so that Lender may pursue its state law rights and remedies against its collateral generally located at 9605 Clark Rd., Dallas, TX 75249 (the "Real Property"), and the related proceedings before this Court, for good cause appearing therefor:

**THE COURT HEREBY FINDS** that:

1. Lender has a valid and perfected security interest in the Real Property and a valid and perfected assignment of the rents derived from the Real Property;

2. The Debtor lacks equity in the Real Property;

3. Can Am Development Fort Worth, LLC (the "Debtor") lacks equity in the Real Property; and

4. The Real Property is not necessary for an effective reorganization.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

A. The Motion is GRANTED in its entirety;

B. Pursuant to 11 U.S.C §§ 362(d)(1) and (d)(2), the automatic stay of 11 U.S.C. § 362(a) is hereby annulled, terminated, and lifted to allow Lender to exercise any and all of its state law rights and remedies against the Real Property;

C. Pursuant to Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, the fourteen day stay is waived and this Order shall be effective immediately; and

D. This Order shall be binding on the Debtors, the estate, and any future trustees.

**DATED AND SIGNED ABOVE.**